IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| OFELIA JUAREZ | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:16-CV-33-AM-VRG |
| | § | |
| SCOTTSDALE INSURANCE COMPANY | § | |
| *Defendant.* | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ofelia Juarez ("Plaintiff") and Defendant Scottsdale Insurance Company ("Defendant") hereby files this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(A)(1)(ii).

1. Plaintiff filed suit against Defendant related to an insurance claim for property damage allegedly caused by a hailstorm which occurred on or about November 22, 2014.

2. Plaintiff and Defendant have since resolved their differences to their mutual satisfaction.

3. Plaintiff moves to dismiss the entire suit with prejudice. Defendant agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

*[signature: Larry Lawrence]*

Larry W. Lawrence, Jr.
Texas Bar No. 00794145
Michael Lawrence
Texas Bar No. 24055826
Lawrence Law Firm
3112 Windsor Rd., Suite A234
Austin, Texas 78703
Telephone (956) 994-0057
Facsimile (956) 994-0057

And

Dan Cartwright
Texas Bar No. 03942500
Lory Sopchak
Texas Bar No. 24076706
Cartwright Law Firm, LLP
1300 Post Oak Blvd., Suite 760
Houston, Texas 77056
Telephone (713) 840-0950
Facsimile (713) 840-0046
lory@dcartwrightlaw.net

**ATTORNEYS FOR PLAINTIFF
OFELIA JUAREZ**

/s/ Patrick M. Kemp
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
rwall@smsm.com
SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
100 Congress Ave., Suite 800
Austin, Texas 78701
Telephone (512) 476-7834
Facsimile (512) 476-7832

**ATTORNEYS FOR DEFENDANT
SCOTTSDALE INSURANCE
COMPANY**

2

**CERTIFICATE OF SERVICE**

     This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 29th of September, 2016 to:

Larry W. Lawrence, Jr.
Michael Lawrence
Lawrence Law Firm
3112 Windsor Rd., Ste. A234
Austin, Texas 78703

Dan Cartwright
Lory Sopchak
Cartwright Law Firm, LLP
1300 Post Oak Blvd., Suite 760
Houston, Texas 77056

                                */s/ Patrick M. Kemp*
                                Patrick M. Kemp