FILED
OCT 18 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| OFELIA JUAREZ,<br>    Plaintiff, | §<br>§<br>§ |
| v. | § Civil Action No.<br>§ DR-16-CV-0033-AM/VRG |
| SCOTTSDALE INSURANCE<br>COMPANY,<br>    Defendant. | §<br>§<br>§ |

## ORDER OF DISMISSAL WITH PREJUDICE

On September 29, 2016, the parties filed an agreed stipulation of dismissal with prejudice that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1(A)(ii). (ECF No. 9.)

**IT IS THEREFORE ORDERED** that the Plaintiff's claims asserted in this suit against Defendant Scottsdale Insurance Company are **DISMISSED WITH PREJUDICE** as requested in the stipulation. Each party shall bear its own costs and fees. **IT IS FURTHER ORDERED** that any other motions pending in the instant action be **DENIED** as moot and that the clerk shall administratively close this case.

SIGNED this 18th day of October, 2016.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE